# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**TANYA FRYE,**

        **Plaintiff,**

vs.                                      Case No.: 18-cv-550-wmc

**ANDREW SAUL,**
    **Commissioner of Social Security,**

        **Defendant.**

## NOTICE OF APPEAL

*Notice is hereby given* that Tanya Frye, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated January 17, 2020 and the judgment dated January 17, 2020 by Federal District Judge William Conley which affirmed the decision of the Defendant, Andrew Saul, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 7th day of February, 2020

                                              **DUNCAN DISABILITY LAW, S.C.**
                                              Attorneys for the Plaintiff

                                              /s/ Dana W. Duncan
                                              _____
                                              Dana W. Duncan
                                              State Bar I.D. No. 01008917
                                              555 Birch St
                                              Nekoosa, WI 54457
                                              (715) 423-4000